**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Avery METREJEAN, Defendant–**
**Appellant.**

No. 05–30415.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 16, 2006.

Camille Ann Domingue, Assistant U.S. Attorney, John L. Walker, Assistant U.S. Attorney, U.S. Attorney's Office Western

District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Avery Metrejean, Kinder, LA, pro se.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Avery Metrejean has filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Metrejean has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.